UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE STACY,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. AND CAC FINANCIAL CORP,<br><br>        Defendants. | Case No.: 3:17-cv-00871<br><br>NOTICE OF VOLUNTARY DISMISSAL |

   COMES NOW Plaintiff NICOLE STACY, by and through her attorney of record, Peter M. Van Dyke, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action with prejudice as to both Experian Information Services, Inc. and CAC Financial Corp., all parties to bear own costs.


Date:  October 30, 2017                           By: s/ Peter M. Van Dyke                    .
                                                                 Attorney for Plaintiff
                                                                 Peter M. Van Dyke
                                                                 Eagan, Donohue, Van Dyke & Falsey, LLP
                                                                 24 Arapahoe Road
                                                                 West Hartford, CT 06107
                                                                 Telephone: 860-232-7200
                                                                 Email: pvd@eddf-law.com